In the Matter of J. MILTON SMITH, Admitted as JOHN MILTON SMITH, Appellant, for an Order to Vacate or Modify an Order of Disbarment.

Submitted May 17, 1954; decided May 27, 1954.

*Richard H. Levet* for motion.

No one opposed.

Motion granted and appeal dismissed.

MARJORIE J. NICHOLS, Appellant, *v.* CHARLES W. NICHOLS, JR., Respondent.

Submitted May 17, 1954; decided May 27, 1954.

Motion for reargument denied, with $10 costs and necessary printing disbursements. [See 306 N. Y. 490.]